UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13 CR 341 RWS |
| BURTON DOUGLAS MORRISS, | ) |
| Defendant. | ) |

## MOTION TO VACATE

COMES NOW, the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Jeannette S. Graviss, Assistant United States Attorney for said District, and respectfully moves this Court to vacate the order regarding transportation as to the defendant Burton Douglas Morriss.

WHEREFORE, the United States respectfully requests that the Court grant this motion and enter the proposed Order to Vacate.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

  */s/ Jeannette S. Graviss*
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney

SO ORDERED:

_____      Date:_____
United States District Judge