UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13 CR 341 RWS |
| ) | |
| BURTON DOUGLAS MORRISS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for a **status hearing** on **Tuesday, November 13, 2018 at 11:30 a.m.** in Courtroom 16-South, to address the defendant's restitution payments.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of November, 2018.